**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MARTIN J. WALSH, : | |
| SECRETARY OF LABOR, : | |
| U.S. DEPARTMENT OF LABOR : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | CIVIL NO. 1:21-cv-01063-RDA-TCB |
| : | |
| INTERNATIONAL TELEPRODUCTION : | |
| SOCIETY 401(K) SAVINGS AND : | |
| DISCRETIONARY CONTRIBUTION PLAN, : | |
| : | |
| Defendant. : | |

**NOTICE OF COMPLAINT FILED UNDER
THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)**

On September 20, 2021, the Secretary of Labor, U.S. Department of Labor, filed a complaint in the U.S. District Court for the Eastern District of Virginia, Alexandria Division (Case No. 1:21cv01063-RDA-TCB) against International Teleproduction Society 401(K) Savings and Discretionary Plan (the "Plan") alleging violations of ERISA under 29 U.S.C. §§ 402 and 403 due to the existence of the Plan without a named fiduciary and without its assets being held in trust by a trustee. The International Teleproduction Society, Inc. was the Plan sponsor, but ceased operations in approximately 2001. From at least 2001, no individual or entity has come forward to assume fiduciary responsibility for the Plan or to distribute the Plan's assets to the Plan's remaining participants. The Secretary seeks an order from the Court appointing an independent trustee and fiduciary to administer the Plan and distribute the Plan's assets to its participants and beneficiaries, and other further relief as appropriate and just.

**TO:    International Teleproduction Society 401(K) Savings and Discretionary
           Contribution Plan**

**THE INTERNATIONAL TELEPRODUCTION SOCIETY 401(K) SAVINGS AND DISCRETIONARY CONTRIBUTION PLAN HAS BEEN SUED IN COURT**. If you wish to defend, you must enter a written appearance personally or by an attorney and file your defense or objections in writing with the Court. If you fail to do so on or before _____**, 2021**, the case may proceed without you and a judgment may be entered without further notice for the relief requested by the Secretary of Labor. You may lose money, property, or other rights important to you.

**YOU SHOULDTAKE THIS NOTICE TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE TO GET LEGAL HELP.**

**LAWYER REFERRAL SERVICE**
**Fairfax Bar Association**
**4110 Chain Bridge Rd., Ste. 216**
**Fairfax, VA 22030**
**(703) 246-2740 or (703) 246-3780**
https://www.fairfaxbar.org/page/LRS

**Attorney for the Secretary: Angela H. France, U.S. Dept of Labor, Office of the Solicitor, 201 12th Street, Ste. 401, Arlington, VA 22202; Tel: (202) 693-9359**