IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL TELEPRODUCTION<br>SOCIETY 401(K) SAVINGS AND<br>DISCRETIONARY CONTRIBUTION PLAN,<br><br>　　　　Defendant. | CIVIL NO. 1:21-cv-01063-RDA-TCB |

**ORDER**

This matter is before the court on Plaintiff Secretary of Labor's motion for leave to serve Defendant by alternative means and for extension of time to serve. (Dkt. 2.) Plaintiff filed a memorandum in support of this motion including a declaration from Bindu George, a senior investigator in the Philadelphia Region of the Employee Benefits Security Administration, United States Department of Labor, detailing the attempts that have been made to locate and serve Defendant. (Dkt. 2-1.)

Plaintiff has shown good cause to extend the time for Plaintiff to serve Defendant under Federal Rule of Civil Procedure 4(m). In addition, it appears that diligence has been used without effect to ascertain the location of the agent or parties to be served and that service by publication would be appropriate in accordance with Virginia Code sections 8.01-316 and 317. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion (Dkt. 2) is **GRANTED**; it is further

**ORDERED** that Plaintiff's request to extend the time to complete service until Friday, April 1, 2022 and request to serve the Defendant by alternative means is **GRANTED**. Plaintiff

may serve Defendant via publication in the form set forth in Plaintiff's publication notice, attached as Exhibit B to its motion (Dkt. 2-2), in accordance with the requirements of Virginia Code sections 8.01-316 and 317. In addition, Plaintiff shall send the Notice to the former President of the Company via first class mail and certified mail as an additional means of notifying any interested parties of this matter. And it is further

**ORDERED** that the hearing set for Friday, February 18, 2022 is **CANCELLED**.

ENTERED this 15th day of February, 2022.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia